IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUDITH W. FILLER, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM MUTUAL )<br>AUTOMOBILE INSURANCE )<br>COMPANY )<br>)<br>　　Defendant. | Civil Action Number: 3:13-cv-00145 |

## ORDER OF DISMISSAL

This Court, having received a Joint Stipulation of Dismissal submitted by the parties, hereby dismisses this action with prejudice. The parties are responsible for their own attorneys' fees and costs.

ENTERED on this __6th__ day of __June__, 2014.

_____
JUDGE

SUBMITTED FOR APROVAL BY:

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC


By: ___s/Christopher L. Vescovo_____
Christopher L. Vescovo (TN BPR# 14516)
Jonathan L. May (TN BPR # 27408)
Attorneys for Defendant State Farm Mutual
 Automobile Insurance Company
2900 One Commerce Square, 40 South Main Street
Memphis, TN 38103
(901) 525-8721

   s/Mike Walker
Mike Walker, BPR# 011175
Erica Chitwood, BPR# 028296
Attorneys for Plaintiff
5511 Edmondson Pike, Suite 203
Nashville, TN 37211
(615) 832-2150

4846-1276-8535, v. 1